IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ARTHUR ROBERTS, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:13cv335-MHT |
| | ) | (WO) |
| STATE OF ALABAMA | ) | |
| DEPARTMENT OF YOUTH | ) | |
| SERVICES and GEORGE | ) | |
| McCREE, in his individual | ) | |
| capacity, | ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with the opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The motion for summary judgment (doc. no. 38) is granted in part and denied in part.

(2) Summary judgment is entered in favor of defendant State of Alabama Department of Youth Services on plaintiff Arthur Roberts, Jr.'s religious-discrimination claim.

(3) Summary judgment is entered in full in favor of defendant George McCree, and defendant McCree is terminated as a party.

(4) This case will proceed to trial on plaintiff Roberts's retaliation claim against defendant State of Alabama Department of Youth Services.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 11th day of February, 2015.

                     /s/ Myron H. Thompson
                     **UNITED STATES DISTRICT JUDGE**